## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **BENJAMIN GRABINSKI,** | : | **VIOLATIONS:** |
| also known as "Benjamin Gabrinski," | : | **18 U.S.C. § 970(a)** |
| | : | **(Protection of Property Used by** |
| **Defendant.** | : | **Foreign Governments)** |
| | : | **18 U.S.C. § 844(i)** |
| | : | **(Arson)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 9, 2022, within the District of Columbia, **BENJAMIN GRABINSKI**, also known as "Benjamin Gabrinski," did willfully attempt to injure, damage, and destroy property located within the United States, that is, the Embassy of the People's Republic of China and surrounding compound, located at 3505 International Place NW, Washington D.C., that has been utilized, occupied by foreign government or international organization, by a foreign official or guest.

**(Protection of Property Used by Foreign Governments**, in violation of Title 18, United States Code, Section 970(a))

### COUNT TWO

On or about June 9, 2022, **BENJAMIN GRABINSKI**, also known as "Benjamin Gabrinski," did maliciously attempt to damage and destroy, by means of fire and explosive, a building and real property used in and affecting interstate or foreign commerce, that is, the

Embassy of the People's Republic of China and surrounding compound, located at 3505 International Place NW, Washington D.C.

(**Arson**, in violation of Title 18, United States Code, Section 844(i))

A TRUE BILL:


FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.

2