# EXHIBIT 3

U.S. Attorney Tepfer,   10/19/23

  i confess that i did not venerate THE LORD and the blasphemy i have spoken is the root of my sorrows: i reap what i sow: so i'm worthy of the iron i strike against. The P.R.C. is coercing the U.S.; and it's the tree that bears the fruit of jury tampering: people are filled with fear every time the media mentions them because of the current economic state: their very name inspires terror. Let us make peace: drop all the charges against me and let me go home so i can rebuild my library— my GOD(I AM) will reward you for it; and i will show mercy and forgive as it is shown to me: or i will be forced to continue defending myself against your alliance with a nation that openly practices child abuse, slavery, and the extermination of religious and ethnic minorities because people shouldn't be afraid to stand up to the unjust even when those that are supposed to blind their eye for mammon. It would be sad if i have to keep trying to gain asylum in other nations because this nation sees me as a disease, like China does: with all that this nation boasts of, what is true: is it virtue or the sword that has made your name known. JESUS CHRIST/THE SON OF GOD/THE LAMB OF GOD/THE RESURRECTION IS my LORD AND SAVIOUR; THE HOLY GHOST IS THE COMFORTER.

          From,
          Benjamin Grabinski