# EXHIBIT 4

U.S. Attorney Alexander Schneider,                    03/01/24

GOD (I AM) told me to attack the Peoples Republic of China; so i did; JESUS CHRIST/THE WORD OF GOD/KING OF KINGS AND LORD OF LORDS IS THE SON OF GOD/THE LAMB OF GOD/THE RESURRECTION; THE HOLY GHOST IS THE COMFORTER.

From,

Signed: Benjamin J. Grabinski